# C | T | S | W

## COHEN TAUBER SPIEVACK & WAGNER P.C.

direct: 212-381-8745
e-mail: krubinstein@ctswlaw.com

August 16, 2022

**By ECF and E-Mail**

Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Luxwear Ltd., et al. v. Adaptiv Research & Development Group, LLC*
      *22 Civ. 5458 (AT)*

Dear Judge Torres:

We represent Luxwear Ltd. and Seven Trade LLC, the plaintiffs in the above-referenced matter. This is in response to defendant's letter dated August 12, 2022, which requests an extension to respond to the complaint that was filed on June 28, 2022. Plaintiffs oppose defendant's request.

By way of relevant background, the Summons and Complaint were filed on June 28, 2022. Pursuant to my discussions with defendant's counsel (Anne Chapman of Blalock Walters) prior to the commencement of this action, counsel was authorized to accept service on behalf of defendant. Ms. Chapman requested 30 days to respond to the complaint and I therefore agreed to extend defendant's time to respond until August 1.[1]

On July 20, I asked Ms. Chapman (by e-mail) who would be appearing as counsel for defendant. She responded that she did not yet know.

On August 2 (the day after defendant's answer was due per my agreement with Ms. Chapman), I spoke with Ryan Rucki of Torres, Scammon, Hincks & Day, LLP, who advised that he represented defendant "in Massachusetts" and was seeking New York counsel for defendant in this action. Per Mr. Rucki's request, I agreed to extend defendant's time to respond to the complaint until *August 15* on the express condition that this would be the last extension given on consent. Mr. Rucki agreed. (These e-mails are annexed.)

---

[1]   In the interim, the Court directed that the complaint be amended to include information regarding the "citizenship of each constituent person or entity" for subject matter jurisdiction purposes so, after I confirmed the citizenship of defendant's members with Ms. Chapman, an amended complaint was filed on July 12 (a copy of which was provided to Ms. Chapman).

C|T|S|W

Honorable Analisa Torres
August 16, 2022
Page 2

I was not contacted by any representative of defendant until *Friday, August 12*, when I received a message that Mr. Alter called; he filed a letter seeking an extension around 4:00 p.m. that day.

It is my usual practice to afford requested courtesies, however, in this instance, courtesies have already been afforded.  If granted, defendant's requested extension would provide defendant with over *two-and-one-half months* to respond to a simple, single claim, breach of contract complaint.  My clients should not be prejudiced in their attempt to recoup what they are rightfully due by unwarranted delays.  (If the Court is inclined to afford defendant a further extension, I respectfully request that it be brief so as to allow the case to expeditiously proceed.)

Thank you for your consideration.

Respectfully submitted,

/s/ Kenneth J. Rubinstein

Kenneth J. Rubinstein

Encl.

cc:     Daniel Alter, Esq.
        *Counsel for defendant*

{00484818.DOCX; 1}

Case 1:22-cv-05458-AT   Document 20   Filed 08/16/22   Page 3 of 5

# Kenneth Rubinstein

**From:** Kenneth Rubinstein
**Sent:** Tuesday, August 2, 2022 1:18 PM
**To:** Ryan Rucki
**Subject:** RE: Luxwear Ltd., et al. v. Adaptiv Research & Development Group, LLC | C.A. No. 22-Civ-5458

Ryan, This confirms that plaintiffs will agree to extend Adaptiv's time to answer the complaint until August 15. Please have NY counsel contact me to submit a stipulation re: same. As advised, this will be the last extension given on consent.

Ken


Kenneth J. Rubinstein
C | T | S | W
Cohen Tauber Spievack & Wagner P.C.
*Partners in Your Strategic Vision*
420 Lexington Ave., Suite 2400
New York NY 10170-2499
Direct: (212) 381-8745
Main: (212) 586-5800
Fax: (212) 586-5095
Email: krubinstein@ctswlaw.com
www.ctswlaw.com

This communication, including any attachments, is intended solely for the confidential use of the person(s) named above. If you have received this communication in error, please notify the sender immediately and delete/destroy the original. Any reader other than the intended recipient is hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.



**From:** Ryan Rucki <rrucki@tshdlegal.com>
**Sent:** Tuesday, August 2, 2022 12:30 PM
**To:** Kenneth Rubinstein <KRubinstein@ctswlaw.com>
**Subject:** Luxwear Ltd., et al. v. Adaptiv Research & Development Group, LLC | C.A. No. 22-Civ-5458

Good afternoon, Attorney Rubinstein,

It was good speaking with you today. As we discussed, I represent Adapiv in Massachusetts. It is currently seeking representation in New York with respect to this matter. As a result, and as we discussed, I would request an extension for Adaptiv to respond to your clients' Complaint until August 15, 2022. Kindly confirm your assent to this request. Thank you.

Regards,

1

Ryan

**Ryan A. Rucki**
Torres, Scammon, Hincks & Day, LLP
119 High Street
Boston, MA 02110
Office: (617) 307-4426
Direct: (617) 553-4968
Email: rrucki@tshdlegal.com
www.tshdlegal.com



IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Torres, Scammon, Hincks &Day immediately at either (617) 307-4426 or at rrucki@tshdlegal.com and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.