USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/17/2022__

# ABRAMS | FENSTERMAN, LLP

ATTORNEYS AT LAW

Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

August 12, 2022

**By ECF and E-mail**
**(Torres_NYSDChambers@nysd.uscourts.gov)**

Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Luxwear Ltd. and Seven Trade LLC v. Adaptive Research & Development Group, LLC (d/b/a/ Adaptive Biomed)* (22 Civ. 05458) (AT)

Dear Judge Torres:

This afternoon, this firm was retained to represent defendant Adaptive Research & Development Group, LLC ("Defendant") in the above-referenced action. Pursuant to 1.C. of Your Honor's Individual Practices, we respectfully request that the Court extend, until September 17, 2022, Defendant's time to answer or otherwise respond to Plaintiff's Amended Complaint, which was filed on July 13, 2022. [DE 14]. The additional time is necessary for this firm to become adequately familiar with the facts underlying the case and to determine whether motion practice is appropriate at this juncture.

After we were retained this afternoon, we tried to reach Plaintiffs' counsel by telephone but were unsuccessful. Prior to this firm's introduction to the matter, Plaintiffs consented to extending Defendant's response time until August 15, 2022. At that time, however, Plaintiffs also advised Defendant that they would not consent to any further extensions. This is Defendant's first request to the Court for an extension of time.

Additionally, we understand that the initial pretrial scheduling order in this case directs the parties to submit a jointly proposed Case Management Plan and Scheduling Order by August 29, 2022. [DE 13]. In light of our request to extend Defendant's time to respond to the Amended

Complaint, we further request that Your Honor grant the parties until October 1, 2022, to submit a proposed Case Management Plan and Scheduling Order.

We thank the Court for its consideration of this letter.

Respectfully submitted,

Daniel S. Alter

cc: Kenneth J. Rubinstein, Esq .
(**By ECF**)

GRANTED.

SO ORDERED.

Dated: August 17, 2022
New York, New York

ANALISA TORRES
United States District Judge