UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUXWEAR LTD. and SEVEN TRADE LLC,

                Plaintiffs,

-against-

ADAPTIVE RESEARCH & DEVELOPMENT GROUP, LLC (d/b/a ADAPTIVE BIOMED),

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/15/2022
```

22 Civ. 5458 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter dated September 8, 2022, regarding Defendant's request to file a motion to dismiss, ECF No. 23, as well as Plaintiffs' letter dated September 14, 2022, opposing Defendant's request, ECF No. 24.  Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **October 20, 2022**, Defendant shall file its motion to dismiss;
3. By **November 10, 2022**, Plaintiffs shall file their opposition papers; and
4. By **November 28, 2022**, Defendant shall file its reply, if any.

    The Clerk of Court is directed to terminate the motion pending at ECF No. 21.

    SO ORDERED.

Dated: September 15, 2022
          New York, New York

                                                      ANALISA TORRES
                                                  United States District Judge