| | |
|---|---|
| **From:** | Order Submission |
| **To:** | Aaron Zucker |
| **Subject:** | Fwd: Address change |
| **Date:** | Tuesday, November 15, 2022 2:08:18 PM |
| **Attachments:** | Invoice 21204 (Address Change).pdf |
| | Purchase Order Acknowledgement Form and Terms and Conditions of Purchase Order Adaptiv.doc |

**Caution: This email originated outside of the organization**

From Brenda Ward - Adaptiv Biomed

---------- Forwarded message ---------
From: **Eli Sarot** <elisarot@hotmail.com>
Date: Thu, Jan 6, 2022 at 10:25 AM
Subject: Re: Address change
To: Order Submission <orders@adaptivbiomed.com>

Tnx Andrew,
Can u pls send me a invoice for my transfer yesterday of 2,162,160.00
Tnx

Sent from my iPhone

> On Jan 6, 2022, at 9:49 AM, Order Submission <orders@adaptivbiomed.com> wrote:
>
>
> Good Morning,
>
> No Problem.
>
> Here is your updated invoice.
>
> Thanks,
>
> Andrew Toribio
>
>
>> On Jan 5, 2022, at 11:20 AM, Eli Sarot <elisarot@hotmail.com> wrote:
>>
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:

**From:** Eli Sarot <elisarot@hotmail.com>
**Date:** January 5, 2022 at 11:19:41 AM EST
**To:** Adapriv Orders <orders@adaptivrd.com>
**Subject: Address change**

Hi Andrew,
Just got of the phone with Jhon who told me to email you.

Will it be possible to have the shipping address on the attached invoice changed to a warehouse we have access to 24 hours?

If so pls change to

Freight horse logistics
19800 S. Western ave
Torrance, CA 90501

Contact info
Aharon Nahari

+1 (323) 252-6070

Pls lmk Tnx
Eli Sarot
Seven trade


Sent from my iPhone

<Purchase order IAH-0110 .pdf>