# EXHIBIT 2

**AdaptivR&D Group**

5810 Shelby Oaks Dr
Memphis, TN 38134 US
+1 9012145979
cs@adaptivrd.com



# INVOICE

BILL TO
Seven Trade LLC
7 World Trade Center
New York, NY 10007
Ship To:
Seven Trade LLC
7 World Trade Center
New York, NY 10007

INVOICE  21204
DATE  01/03/2022
TERMS  Due on receipt
DUE DATE  01/03/2022

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | iHealth Antigen OTC 2-pack | iHealth Antigen OTC 2-pack | 98,280 | 11.00 | 1,081,080.00 |

BALANCE DUE **$1,081,080.00**

Wire Instructions
Wells Fargo
Account # 5517640079
Routing # 121000248
SWIFT # WFBIUS6SXXX

Page 1 of 1