UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUXWEAR LTD. and<br>SEVEN TRADE LLC,<br><br>                    Plaintiffs,<br>    -against-<br><br>ADAPTIV RESEARCH & DEVELOPMENT<br>GROUP, LLC (d/b/a ADAPTIV BIOMED),<br><br>                    Defendant. | Case No.: 22 Civ. 5458 (AT) |

## SUPPLEMENTAL DECLARATION

DAVID GEFNER, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the sole member of Seven Trade LLC ("Seven Trade"), a plaintiff in this action. I reside and am domiciled in Rockland County, New York.

2. Seven Trade is a Delaware limited liability company which has a principal place of business at 7 World Trade Center, New York, New York. Seven Trade was formed in 2021.

3. The other plaintiff in this action, Luxwear Ltd., is an entity organized under the laws of Gibraltar. Luxwear provided the funding for Seven Trade to purchase COVID-19 testing kits (the "Kits") from defendant.

4. Eli Sarot acted on behalf of Seven Trade in dealing with the defendant (and its agents) in the transactions described in the Amended Complaint herein. In connection with the purchase of the Kits, Seven Trade also utilized the services of Jay Leitner and Abraham Sorotzkin who were each located in New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2023

_____
David Gefner

{00493253.DOCX; 2}