UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUXWEAR LTD., et al.,

        Plaintiffs,

-against-

ADAPTIV RESEARCH & DEVELOPMENT GROUP, LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/15/2023

22-CV-5458 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On April 14, 2023, this Court entered an Order granting Abrams Fensterman LLP (Abrams Fensterman) leave to withdraw as counsel for defendant Adaptiv Research & Development Group, LLC (Adaptiv), effective as of the date that Abrams Fensterman filed proof of service of that Order on Adaptiv. (Dkt. 72.) Abrams Fensterman filed the requisite proof on April 17, 2023. (Dkt. 73.)

The Clerk of Court is therefore respectfully directed to terminate attorneys Edward A. Smith III and Daniel S. Alter as counsel of record for Adaptiv.

Dated: New York, New York
       May 15, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**