USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/22/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUXWEAR LTD. and SEVEN TRADE LLC,

        Plaintiffs,

-against-

ADAPTIV RESEARCH & DEVELOPMENT GROUP, LLC (d/b/a ADAPTIV BIOMED),

        Defendant.

22 Civ. 5458 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **June 5, 2023**, Defendant must retain counsel and counsel must file a notice of appearance. If Defendant fails to do so, Plaintiff may move for default in accordance with Appendix A of the Court's Individual Practices in Civil Cases. Plaintiff is directed to serve on Defendant by email a copy of Plaintiff's May 17, 2023 letter, ECF No. 75, and a copy of this order.

    The Clerk of Court is directed to mail a copy of this order to Defendant *pro se*.

    SO ORDERED.

Dated: May 22, 2023
       New York, New York

                                                             ANALISA TORRES
                                                    United States District Judge