```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/7/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUXWEAR LTD. and SEVEN TRADE LLC,

                Plaintiffs,

-against-

ADAPTIV RESEARCH & DEVELOPMENT GROUP, LLC (d/b/a ADAPTIV BIOMED),

                Defendant.

22 Civ. 5458 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 6, 2023, Plaintiffs moved for an entry of default against Defendant. ECF Nos. 79–82. On the same day, the Clerk of Court entered a certificate of default against Defendant. ECF No. 83. Accordingly, by **June 28, 2023**, Plaintiffs shall move for default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: June 7, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge