```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUXWEAR LTD. and SEVEN TRADE LLC,

              Plaintiffs,

-against-

ADAPTIV RESEARCH & DEVELOPMENT
GROUP, LLC (d/b/a ADAPTIV BIOMED),

              Defendant.

22 Civ. 5458 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The telephonic conference scheduled for November 7, 2023, is ADJOURNED to **November 21, 2023**, at **10:30 a.m.** At the conference, Defendant shall appear to show cause why the Court should not enter a default judgment against it pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiffs shall also appear. The parties are directed to dial 888-398-2342 and enter access code 5598827.

      SO ORDERED.

Dated: October 19, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge