```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/27/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUXWEAR LTD., et al.,

        Plaintiffs,

-against-

ADAPTIV RESEARCH & DEVELOPMENT GROUP, LLC,

        Defendant.

22-CV-5458 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Defendant's motion to dismiss (Dkt. 31) is now within the scope of my reference. (*See* Dkt. 100.) However, as plaintiffs previously notified the Court (Dkt. 98), defendant filed for bankruptcy protection in the Middle District of Florida, under Subchapter V of Chapter 11 of the Bankruptcy Code, on September 25, 2023. *See* Pet. (Dkt. 1), *In re Adaptiv Resch. & Dev. Gp., LLC*, No. 8:23-bk-4227-BAJ (Bankr. M.D. Fla. Sept. 25, 2023). A confirmation hearing is now scheduled for April 1, 2024, on the debtor's plan of liquidation. *See* Sched. Order (Dkt. 83), *In re Adaptiv* (Feb. 21, 2024). Consequently, all proceedings in this Court remain STAYED by operation of the automatic bankruptcy stay. *See* 11 U.S.C. § 362. If and when the bankruptcy stay is lifted, *see, e.g.*, 11 U.S.C. §§ 362(c)-(d), plaintiffs shall promptly notify the Court in writing.

Dated: New York, New York
       February 27, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**