```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUXWEAR LTD., et al.,

        Plaintiffs,

-against-

ADAPTIV RESEARCH & DEVELOPMENT GROUP, LLC,

        Defendant.

22-CV-5458 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It is hereby ORDERED that the parties file a joint status letter, no later than **November 26, 2024**, advising the Court of the status of defendant's Florida bankruptcy proceeding and whether either party anticipates applying to lift the stay currently in place in this action.

Dated: New York, New York
       November 8, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**