UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUXWEAR LTD., et al.,

        Plaintiffs,

-against-

ADAPTIV RESEARCH & DEVELOPMENT
GROUP, LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/2/25___

22-CV-5458 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Defendant filed for bankruptcy protection in the Middle District of Florida, under Chapter 11 of the Bankruptcy Code, on September 25, 2023. *See* Pet. (Dkt. 1), *In re Adaptiv Resch. & Dev. Gp., LLC*, No. 8:23-bk-4227-BAJ (Bankr. M.D. Fla. Sept. 25, 2023). Consequently, on February 27, 2024, all proceedings in this case were stayed (Dkt. 102) by operation of 11 U.S.C. § 362.

The Court received plaintiffs' letters dated November 26, 2024 and April 1, 2025 (Dkts. 104, 106), advising the Court that the bankruptcy proceedings were still ongoing and that a liquidating trustee had been appointed.

Plaintiffs must file another letter, no later than **December 19, 2025**, updating the Court on the status of the liquidation, including whether (and, if so, when) plaintiffs believe they will be able to pursue their claims in this Court.

Dated: New York, New York
      December 2, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**