USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/23/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUXWEAR LTD., et al.,

        Plaintiffs,

-against-

ADAPTIV RESEARCH & DEVELOPMENT
GROUP, LLC et al.,

        Defendants.

22-CV-5458 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 22, 2025, this Court directed the parties to "file a joint letter updating the Court on the status of bankruptcy proceedings no later than June 19, 2026." (Dkt. 109.) The Court has not received a joint letter or any other update.

No later than **June 26, 2026**, the parties must file their joint status letter.

Dated: New York, New York
       Juen 23, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**